IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON A. LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 14-1247-SCW |
| | ) |
| IDOC, PAT QUINN, S.A. GODINEZ, | ) |
| ROBERT HILLIARD, LARUE LOVE and | ) |
| RANDY DAVIS, | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendants Pat Qinnn, and S. A. Godinez were dismissed on December 17, 2014 by the filing of the Amended Complaint (Doc. 8).

Defendant IDOC was dismissed with prejudice on November 26, 2014 by and Order entered by Chief Judge Michael J. Reagan (Doc.7).

Defendants Robert Hilliard, Larue Love and Randy Davis were granted summary judgment on March 20, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 47).

**THEREFORE**, judgment is entered in favor of Defendants **IDOC, PAT QUINN, S.A. GODINEZ, ROBERT HILLIARD, LARUE LOVE** and **RANDY DAVIS** and against Plaintiff **BRANDON A. LINDSEY** .

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.    This period can only be

extended if excusable neglect or good cause is shown.


     **DATED** this 20th day of March, 2017

                              **JUSTINE FLANAGAN, ACTING CLERK**

                              **BY:** */s/ Angela Vehlewald*
                                    **Deputy Clerk**


**Approved by** */s/ Stephen C. Williams*
           **United States Magistrate Judge**
                **Stephen C. Williams**